UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL HOSPITALITIES, LLC., d/b/a The Agave Kitchen, and D. PAUL RODE A/K/A DOMINICK PAUL RODE, individually and as registered agent and member/manager of UNIVERSAL HOSPITALITIES, LLC. <br><br> Defendant. | Case No. 11cv00034 |

Based upon the Stipulation for Settlement entered into by the parties in the above captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendants shall pay to the plaintiff the total sum of $10,000 in settlement of the case on the following terms: $5,000 upon execution of this Stipoulation and the balance of $5,000 on or before June 1, 2011. Said payments shall be made payable to Dubin & Balistreri, Ltd. Client Trust Account.

2. Should the Defendants fail to make said payment as stated above, Plaintiff shall have the right, upon the filing of an affidavit of default, without notice to the Defendants, UNIVERSAL HOSPITALITIES, LLC., d/b/a The Agave Kitchen, and D. PAUL RODE A/K/A DOMINICK PAUL RODE, individually and as registered agent and member/manager of UNIVERSAL HOSPITALITIES, LLC., to reopen this matter and take judgment against said defendant, in the amount of $20,000 plus costs.

3. The above captioned matter shall be dismissed as to the defendants, UNIVERSAL

HOSPITALITIES, LLC., d/b/a The Agave Kitchen, and D. PAUL RODE A/K/A DOMINICK PAUL RODE, individually and as registered agent and member/manager of UNIVERSAL HOSPITALITIES, LLC., with prejudice and without further costs to either party.

Dated this 10th day of March, 2011.

BY THE COURT:

Barbara B. Crabb
United States District Judge

- 2 -